# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE FELIPE VELASCO,<br><br>    Petitioner,<br><br>  v.<br><br>KATHLEEN ALLISON, Warden,<br><br>    Respondent. | NO. SACV 12-1011-JSL (AGR)<br><br>JUDGMENT |

Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

IT IS ADJUDGED that the Petition in this matter is denied and dismissed with prejudice.

DATED: March 24, 2014

*/s/ Spencer Letts/*
J. SPENCER LETTS
United States District Judge